# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH PATRICK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC CORP., STEVEN A. DAVIS, S. KIRK KINSELL, KATE S. LAVELLE, TONY D. BARTEL, R. NEAL BLACK, LAUREN R. HOBART, J. CLIFFORD HUDSON, FEDERICO F. PEÑA, JEFFREY H. SCHUTZ, KATHRYN L. TAYLOR, and SUSAN E. THRONSON,<br><br>Defendants. | Case No. CIV-18-1063-G |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Kenneth Patrick ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: December 11, 2018

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

Respectfully submitted,

**JONES GOTCHER**
*/s/ Jack L. Brown*
C. Michael Copeland, OBA # 13261
Jack L. Brown, OBA # 10742
3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4309
Telephone: (918) 581-8200
Email: mcopeland@jonesgotcher.com
Email: jbrown@jonesgotcher.com
*Counsel for Plaintiff*